

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Michael Dale Thomas, Jr., Appellant

No. 06-19-00238-CR        v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27691). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment as to count one by changing the fine to $0.00. We also modify the certified bill of costs by changing the amount for "Fine" to $0.00 and by changing the amount for "Total" to $693.00.. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Michael Dale Thomas, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 26, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk